No. ——. SWITCHMEN'S UNION OF NORTH AMERICA, AFL–CIO, ET AL. *v.* SOUTHERN PACIFIC CO. ET AL.   C. A. 9th Cir.   Motion to treat the application for extension of time as a petition for a writ of certiorari denied. *Clifford D. O'Brien* for petitioners. *Robert Littler, William R. Denton, W. A. Gregory* and *Clifton Hildebrand* for respondents.

No. 27, Orig.   OHIO *v.* KENTUCKY.

IT IS ORDERED that the Honorable Phillip Forman, Senior Judge of the United States Court of Appeals for the Third Circuit be, and he is hereby, appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, take such evidence as may be introduced and such as he may deem it necessary to call for.   The Master is directed to submit such reports as he may deem appropriate.

The Master shall be allowed his actual expenses.   The allowances to him, the compensation paid to his technical, stenographic, and clerical assistants, the cost of printing his report, and all other proper expenses shall be charged against and be borne by the parties in such proportion as the Court hereafter may direct.

IT IS FURTHER ORDERED that if the position of Special Master in this case becomes vacant during a recess of the Court, THE CHIEF JUSTICE shall have authority to make a new designation which shall have the same effect as if originally made by the Court herein.

[For earlier order herein, see 384 U. S. 982.]

No. 587, Misc.   BALDWIN-LIMA-HAMILTON CORP. *v.* JACKSON, ADMINISTRATRIX, ET AL.   C. A. 3d Cir.   Motion for leave to file petition for writ of certiorari denied. *Michael A. Foley* for petitioner.   *B. Nathaniel Richter* for respondents.